

## NUMBER 13-23-00357-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

NINFA CASTANEDA AND
ELOY F. CASTANEDA,                                    Appellants,

v.

WILMA GARZA CHAPA,
INDEPENDENT EXECUTOR OF
THE ESTATE OF NINFA MCKINZIE,                         Appellee.

On appeal from the County Court at Law No. 2
of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña**
**Memorandum Opinion by Justice Silva**

Ninfa Castaneda and Eloy F. Castaneda filed a notice of appeal on August 9,

2023, from an amended order compelling discovery entered by the County Court at Law

No. 2 of Nueces County, Texas, in cause number 2018-PR-00266-2A. On August 9, 2023, the Clerk of the Court notified appellants that the $205.00 filing fee would need to be paid within ten days from the date of the notice. *See* TEX. R. APP. P. 42.3(c). On September 19, 2023, the Clerk of the Court again notified appellants that they were delinquent in remitting a $205.00 filing fee and that the appeal was subject to dismissal if the fee was not paid within ten days from the date of the notice. On September 20, 2023, appellants filed a letter advising the Court that they believed the fee was due on October 7, 2023. To date, the filing fee has not been paid.

Texas Rule of Appellate Procedure 42.3 permits an appellate court, on its own initiative after giving ten days' notice to all parties, to dismiss the appeal for want of prosecution for failure to comply with a requirement of the appellate rules. *See id.* R. 42.3(c). The Court, having considered the documents on file and appellants' failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *Id.* Accordingly, the appeal is DISMISSED for want of prosecution.

CLARISSA SILVA
Justice

Delivered and filed on the
19th day of October, 2023.

2